## Case No. 5,877.

### GUSTINE v. RINGGOLD.

[4 Cranch, C. C. 191.] [1]

Circuit Court, District of Columbia. Dec. Term, 1831.

COMMISSION TO TAKE DEPOSITIONS—WITNESS LIVING WITHIN ONE HUNDRED MILES.

The court will not order a commission to issue under the Maryland law of 1773 (chapter 7, §

7), to take the deposition of a witness who resides out of the District of Columbia, but within one hundred miles of the place of trial, because this court has jurisdiction to compel the attendance of the witness.

Mr. Marbury moved for a commission to take the deposition of a witness residing within one hundred miles of this place, but out of this district, and relies upon the Maryland law of 1773 (chapter 7, § 7), which authorizes the court to issue such a commission when there are material and competent witnesses "residing or living out of this province," and contended that a witness, residing out of this district, was residing out of this province, within the meaning and spirit of the act. That the judiciary act of congress of 1789 [1 Stat. 73] does not authorize the sending of a subpoena beyond this district. That the marshal of Virginia has no right to serve an attachment from this court; nor is he bound to serve a subpoena; and if he refuses, this court cannot attach him.

THE COURT (THRUSTON, Circuit Judge, contra), refused to issue the commission, because it has jurisdiction to compel the attendance of a witness, if within one hundred miles; and, therefore, he does not reside out of this province, within the meaning of the act of Maryland, whose object was to obtain the testimony of a witness whose personal attendance could not be obtained. It may be difficult to compel the marshal of the district in which the witness may reside to do his duty; but this will not authorize the court to dispense with the personal attendance of the witness, and admit his deposition to be taken in chief, and to be used absolutely upon the trial.

## Case No. 5,878.

### GUSTY v. DIGGS.

[2 Cranch, C. C. 210.] [1]

Circuit Court, District of Columbia. June Term, 1820.

APPRENTICE—BINDING OUT.

An apprentice bound in Maryland, and brought into this district, may be discharged by the court, who will order him to be bound again by two justices of the peace, to a new master.

A negro boy, about eight years old, was brought into court by habeas corpus, in the custody of Edward Diggs. It appeared that he had been brought into the city of Washington from Maryland, where he had been bound to Diggs to be taught the business of a farmer. Diggs hired him here to a chimney-sweeper.

THE COURT discharged him from his indentures, and ordered him to be bound out again; and for that purpose directed him to be taken, in the custody of the marshal, before R. C. Weightman and William Hewitt, Esquires, two of the justices of the peace for Washington County.